FILED
2021 MAR 18 AM 10:17
CLERK
U.S. DISTRICT COURT

Richard K. Glauser, #4324
Michael W. Wright, #6153
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Richard.Glauser@lewisbrisbois.com
Michael.Wright@lewisbrisbois.com

John S. Poulos, #154689, *Pro Hac Vice*
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
John.Poulos@lewisbrisbois.com

*Attorneys for Defendant The Daily Caller, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DR. LEAH N. TORRES,<br><br>    Plaintiff,<br><br>vs.<br><br>THE WESTERN JOURNAL, LLC; LIFTABLE MEDIA, INC.; and THE DAILY CALLER, INC.,<br><br>    Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Civil No. 2:19-cv-00175**<br><br>Judge Bruce S. Jenkins |

In accordance with Federal Rules of Civil Procedure 41, Plaintiff, Leah Torres, and Defendant, The Daily Caller, have filed a Joint Motion to Dismiss with Prejudice, and have requested that the court dismiss Plaintiff's claims against Defendant, The Daily Caller, with each side to bear their own costs and fees.

4810-9650-5043.1

19 cv 175

It is therefore ordered that Plaintiff's claims against Defendant, The Daily Caller, are hereby DISMISSED WITH PREJUDICE.

DATED: 3/18/21

By: _____
Judge Bruce S. Jenkins